AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

11156597

FILED.
DATED: 2:09 pm, August 07, 2020
U.S. MAGISTRATE JUDGE

United States of America
v.

ALEXANDER KOSTAN

*Defendant*

Case No. 2:20-mj-00661-DJA

___ FILED          ___ RECEIVED
___ ENTERED        REC'D USMS D/NV
COUNSEL/PARTIES OF RECORD
2020 AUG 7, 2:39pm

AUG 13 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **ALEXANDER KOSTAN**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Date: 08/07/2020

City and state: Las Vegas, NV

*Issuing officer's signature*

The Honorable Daniel J. Albregts
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/7/2020, and the person was arrested on *(date)* 8/10/2020
at *(city and state)* LAS VEGAS, NV.

Date: 8/10/2020

*Arresting officer's signature*
for FBI

*Printed name and title*